APPLETON STURGIS, Administrator, etc., Respondent, *v.* THE
    NEW JERSEY STEAMBOAT COMPANY, Appellant.

(Submitted May 28, 1875; decided June 8, 1875.)

This action was brought by Russell Sturgis, the original
plaintiff, to recover commissions alleged to have been agreed
upon for his services as broker in chartering two steamers
belonging to the defendant, to the United States government.

It appeared that Daniel Drew, defendant's president,
agreed with said Sturgis that if he would effect a charter for
the steamers, he was to receive five per cent on the earnings;
that Sturgis saw the government agent and took him to
Drew, and an agreement was entered into for both vessels at
$800 each per day; charter parties were executed hiring the
vessels for one month "and as much longer as said vessels
may be required by the United States war department;" the
steamers remained in the service of the government, one 239,
the other 210 days. It was admitted that defendant received
the charter money. Defendant moved for a nonsuit and
asked the court to charge that Drew had no authority as
president to make the alleged agreement. The court refused.
*Held*, no error; that defendant, by accepting the charter
parties and the moneys under them, not only ratified the act
of Drew in entering into them, but that those acts furnished
a presumption that he was authorized to enter into them, and
also to use the customary reasonable means for procuring
employment of its vessels — one of which was the employ-
ment of brokers.

Also, *held*, that a refusal to charge that plaintiff must be
limited to five per cent on the earnings for one month was
not error; that the charter party was not void for uncer-
tainty, and that plaintiff was entitled to commissions on the
whole earnings.

*Charles Jones* for the appellant.

*William Allen Butler* for the respondent.

*Per Curiam* opinion for affirmance.
All concur. Judgment affirmed.